# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, *et al.*,<br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>FIRST CALL ENVIRONMENTAL, LLC,<br>　　　　　Defendant. | Civil No. 5:21-cv-02331-JMG |

## ORDER

**AND NOW**, this 3rd day of September, 2021, after careful consideration of the Defendant's Motion to Dismiss (ECF No. 12), Plaintiffs' opposition thereto (ECF No. 16), Defendant's reply briefing (ECF No. 19), and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion to Dismiss (ECF No. 12) is **DENIED.**

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　　United States District Court Judge