IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, *et al*,<br>          Plaintiffs,<br><br>    v.<br><br>FIRST CALL ENVIRONMENTAL, LLC,<br>          Defendant. | :<br>:<br>:<br>:<br>:  Civil No. 5:21-cv-02331-JMG<br>:<br>:<br>: |

**THIRD AMENDED SCHEDULING ORDER**

**AND NOW**, this 27th day of December, 2022, upon consideration of the Parties' telephone correspondence, **IT IS HEREBY ORDERED** as follows:

1. The final pretrial conference on **Wednesday, January 4, 2023** at 504 West Hamilton Street, Courtroom 4B, Allentown, Pennsylvania (*see* ECF No. 34) will take place at **9:30 a.m**. (time change only).

2. The selection of a jury shall take place on **Friday, January 13, 2023, at 9:00 a.m.** Jury selection will take place at the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, in a courtroom to be determined.

3. A jury trial shall commence before this court on **Tuesday, January 17, 2023**, **at 9:00 a.m.** at 504 West Hamilton Street, Courtroom 4B, Allentown, Pennsylvania. This order shall serve as a formal attachment for trial.

4. All other dates provided in the Court's Second Amended Scheduling Order (ECF No. 40) shall remain in effect.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge